**Napoleon GOODSON, IV,
Petitioner–Appellant,**

v.

**J.V. SMITH, Warden; United States of
America, Respondents–Appellees.**

No. 03–6320.

United States Court of Appeals,
Fourth Circuit.

Submitted May 15, 2003.

Decided May 22, 2003.

Napoleon Goodson, IV, Appellant Pro
Se.

Before LUTTIG and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Napoleon Goodson, IV, a federal pris-
oner, appeals the district court's orders
accepting the recommendation of the
magistrate judge and denying relief on
his petition filed under 28 U.S.C. § 2241
(2000) and denying reconsideration of that
order. We have reviewed the record and
find no reversible error. Accordingly, we
affirm on the reasoning of the district
court. *See Goodson v. Smith*, No. CA–
02–2488–0 (D.S.C. Dec. 26, 2002 and Jan.
31, 2003). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*